UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARSHALL ALLEN COATS,<br>Plaintiff,<br>v.<br>NICK HOKE, et al.,<br>Defendants. | Case No. 3:26-05875-JHC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed de novo, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. # 13), Plaintiff's objections (Dkt. # 14), and the remaining record, hereby ORDERS:

(1) The objections do not meaningfully engage with the analysis in the Report and Recommendation, which the Court approves and adopts.

(2) Plaintiff's complaint (Dkt. # 6) and this action are DISMISSED, with prejudice, as untimely. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

//

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 13th day of October, 2026.

JOHN H. CHUN
United States District Judge